EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
MARSHALL H. SILVERBERG
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 02-00493 HG |
| ) | |
| Plaintiff, ) | FIRST SUPERSEDING INDICTMENT |
| ) | |
| vs. ) | Counts 1 & 2: 18 U.S.C. §§ |
| ) | 922(g)(3) and 924(a)(2) |
| DONALD DALE MILLIGAN, (01)) | |
| MARCUS LEE ELLIOTT, (02)) | |
| ) | |
| Defendants. ) | |
| ) | |

### FIRST SUPERSEDING INDICTMENT

#### COUNT 1
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury charges that:

On or about November 22, 2002, in the District of Hawaii, the defendants DONALD DALE MILLIGAN and MARCUS LEE ELLIOTT then being unlawful users of a controlled substance as defined in Title 21, United States Code, Section 802, to wit, marijuana, did knowingly possess in and affecting commerce a firearm, to wit, a Henry .22 caliber semi-automatic rifle, serial number US11420, which was manufactured in the State of New York.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(3), 924(a)(2))

The Grand Jury further charges that:

On or about November 22, 2002, in the District of Hawaii, the defendant DONALD DALE MILLIGAN, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, to wit, marijuana, did knowingly possess in and affecting commerce firearms, to wit: (1) a Ruger .454 caliber Casull revolver, serial number 551-71950, which was manufactured in Connecticut; and (2) a Ruger 9mm caliber semi-automatic handgun, serial number 300-63695, which was manufactured in Arizona.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

DATED: December 11, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. DONALD DALE MILLIGAN & MARCUS LEE ELLIOTT
Cr. No. 02-00493 HG (First Superseding Indictment)